[No. 35163-0-I.   Division One.   August 7, 1995.]

WILLIAM PEARSON, *Respondent*, v. JEANETTE BROKOFSKY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-2-07522-7, Richard J. Thorpe, J., entered August 18, 1994. *Reversed* by unpublished opinion per Agid, J., concurred in by Baker, C.J., and Ellington, J.

[No. 13472-5-III.   Division Three.   August 8, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. F.R.W., *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-1-01486-1, Susan L. Hahn, J., entered August 5, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 13531-4-III.   Division Three.   August 8, 1995.]

*In re the Marriage of* GLENNA M. GOBAR, *Respondent, and* KENNETH L. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 92-3-00033-5, Fred R. Staples, J., entered August 19, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.